**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnathan Ian Burns, | No. CV-21-1173-PHX-SPL |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER** |
| David Shinn, et al., | |
| Respondents. | |

Pursuant to the Court's order (Doc. 23 at 9), the parties have conferred and have jointly proposed a new briefing schedule for the filing of documents after the filing of Petitioner's amended petition (Doc. 24).

**IT IS ORDERED** adopting the parties' agreed upon briefing schedule as set forth in their Joint Proposal for Remaining Case Deadlines (*id.*).

**IT IS FURTHER ORDERED** amending the scheduling order (Doc. 10) as follows:

1. Petitioner shall file a petition for a writ of habeas corpus no later than **June 20, 2022**.[1]

---

[1] This agreed upon deadline by the parties (Doc. 9 at 1) occurs when the Court observes Juneteenth National Independence Day. *See* https://www.azd.uscourts.gov/court-holidays. Therefore, the District of Arizona will be closed and filing assistance will be unavailable on June 20, 2022. *Id*. The Court does not decide whether Federal Rule of Civil Procedure 6 applies to extend the statutory limitations period, under the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), 28 U.S.C. § 2244(d)(1)(A), to the following business day.

2. Petitioner shall file an amended petition for a writ of habeas corpus no later than **September 18, 2022**.

3. Respondents shall file an answer no later than **December 19, 2022**.

4. Petitioner shall file a reply no later than **February 17, 2023**.

5. Any notice of a request for evidentiary development shall be filed no later than **April 18, 2023**.

6. A response to any notice of a request for evidentiary development shall be filed no later than **May 18, 2023**.

7. A reply to a response to any notice of a request for evidentiary development shall be filed no later than **June 1, 2023**.

**IT IS FURTHER ORDERED** that, absent circumstances beyond counsel's control, the Court is not inclined to continue the deadlines set forth herein.

**IT IS FURTHER ORDERED** that the pleadings, briefs, and motions scheduled in this order shall conform to the format set forth in the Court's order of appointment and general procedures (Doc. 5).

Dated this 18th day of May, 2022.

Honorable Steven P. Logan
United States District Judge