**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnathan Ian Burns,<br><br>            Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>           Respondents. | No. CV-21-1173-PHX-SPL<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

On May 18, 2022, the Court ordered that Petitioner Johnathan Ian Burns, who is sentenced to death, to file a petition for a writ of habeas corpus by June 20, 2022. (Doc. 25.) The parties agree that this deadline is also when the one-year statute of limitations under the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), 28 U.S.C. § 2244(d)(1)(A), expires. (Doc. 9 at 1.)

On May 31, 2022, the Court denied Burns's motion to suspend compliance with Local Rule of Civil Procedure 3.5(b)'s 200-page limit for his habeas petition and denied his alternative request to exceed that page limit by 100 pages, without prejudice. (Doc. 28.) In denying his alternative request, the Court ordered that if Burns sought to exceed the page limit, "he must file a new motion and attach a proposed petition." (*Id*. at 4.)

On June 13, 2022, Burns filed a motion for leave to exceed the 200-page limit for his redacted petition under Local Rule of Civil Procedure 3.5(b) and lodged his 213-page proposed redacted petition. (Docs. 29-30.) In the motion, Burns notes that Respondents will respond to the motion to exceed after they review the lodged petition. (Doc. 29 at 5.)

Burns has also filed a motion to seal his unredacted petition and "Volume 1 Exhibits" and lodged his proposed unredacted petition and "Volume 1 Exhibits." (Docs. 31-32.) The Court will order an expedited response with no reply.

**IT IS ORDERED** that Respondents shall file a response to Burns's motions to exceed the page limit and to seal (Docs. 29-30) by no later than noon, June 16, 2022.

**IT IS FURTHER ORDERED** that Burns shall not file a reply to either response.

Dated this 14th day of June, 2022.

Honorable Steven P. Logan
United States District Judge

- 2 -