**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnathan Ian Burns, | No. CV-21-1173-PHX-SPL |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER** |
| David Shinn, et al., | |
| Respondents. | |

The Court has ordered Burns, who is sentenced to death, to file an initial petition by June 20, 2022, and an amended one by September 18, 2022. (Doc. 25 at 1-2.)[1]

On May 31, 2022, the Court denied Burns's motion to suspend compliance with Local Rule of Civil Procedure 3.5(b)'s 200-page limit for his initial petition and denied his alternative request to exceed that page limit by 100 pages, without prejudice. (Doc. 28.) *See* LRCiv 3.5(b) (imposing a 200-page limit, "exclusive of attachments," on habeas corpus petitions filed by a prisoner sentenced to death). The Court ordered that Burns had to attach his proposed petition if he filed a new motion. (*Id.*)

On June 13, 2022, Burns filed such a new motion and lodged his proposed, 213-page, redacted, initial petition and volume two of his exhibits. (Docs. 29-30.) He also filed a motion to seal the unredacted petition (also 213 pages) and volume one of his exhibits

---

[1] The parties agree that the first deadline is also when the one-year statute of limitations under the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), 28 U.S.C. § 2244(d)(1)(A), will expire (Doc. 9 at 1).

and lodged both. (Docs. 31-32.) Burns mailed and emailed copies of both to Respondents. (Doc. 31 at 2, n.1.)[2] Burns seeks to exceed the page limit based, in part, on the length of his trial—more than 40 days—and the complexity of the issues raised in the proposed petition. (Doc. 29 at 3-4.)

Respondents do not oppose either motion. (Doc. 34.) Respondents do not waive any potential objections to the amended petition. (*Id.*)

The Court will grant both of Burns' motions.

Accordingly,

**IT IS ORDERED granting** Burns's unopposed Motion to Exceed Page Limit (LRCiv 3.5(b)) (Doc. 29), and **directing** the Clerk of the United States District Court, District of Arizona, to file the lodged Proposed Redacted Petition for Writ of Habeas Corpus and Exhibit Volume 2 (Docs. 30 and 30-1) as of the lodged date.

**IT IS FURTHER ORDERED granting** Burns's unopposed Motion to File Under Seal Unredacted Petition for Writ of Habeas Corpus and Exhibits, Volume 1 (Doc. 31), and **directing** the Clerk of the United States District Court, District of Arizona, to file the lodged Proposed Unredacted Petition for Writ of Habeas Corpus and Exhibit Volume 1 (Docs 32 and 32-1) under seal as of the lodged date.

Dated this 16th day of June, 2022.

Honorable Steven P. Logan
United States District Judge

---

[2] Burns represented that Respondents agreed not to oppose the motion to seal so long as they received a copy of both sealed items without waiving any objection to the exhibits' relevance. (Doc. 31 at 1-2; Doc. 34 at 2.)