**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnathan Ian Burns, | No. CV-21-01173-PHX-SPL |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER** |
| Ryan Thornell, et al., | |
| Respondents. | |

The Court previously granted Petitioner Johnathan Ian Burns's motions to seal his initial and amended unredacted habeas corpus petitions and volume one of his exhibits because they contained juror-identifying information. (Docs. 31, 35, 37, 42, 46, 49.) Respondents now move to have their unredacted answer filed under seal, as it includes such information. (Docs. 83 and 87.) They also ask to file their lodged, proposed redacted answer, which redacts information identifying jurors.[1] (Doc. 87.) For the reasons the Court granted Burns's motions to seal (Docs. 35 and 46),

**IT IS ORDERED granting** Respondents' Motion to Seal Unredacted Answer to Petition for Writ of Habeas Corpus and Lodge Redacted Answer (Doc. 87) and **directing** the Clerk of Court **to seal** Respondents' unredacted Answer to Petition for Writ of Habeas Corpus (Doc. 83).

---

[1] Even though this case is stayed (Doc. 86), the Court will consider Respondents' motion (Doc. 87), because a ruling on the motion will not impact the merits of Burns' request for habeas relief.

**IT IS FURTHER ORDERED directing** the Clerk of Court to file, unsealed, Respondents' proposed Redacted Answer to Petition for Writ of Habeas Corpus (Doc. 87-2).

Dated this 25th day of September, 2023.

Honorable Steven P. Logan
United States District Judge