Heather Williams, California Bar #122664
Federal Defender
Jennifer Mann, California Bar #215737
Assistant Federal Defender
Cecilia Han, California Bar #235640
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Jennifer_Mann@fd.org
Cecilia_Han@fd.org
Telephone:    916-498-6666
Facsimile:    916-498-6656

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnathan Ian Burns,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>Ryan Thornell, et al.,<br><br>　　　　Respondent. | No. CV-21-1173-PHX-SPL<br><br>DEATH PENALTY CASE<br><br>**Status Report** |

Petitioner, JOHNATHAN IAN BURNS, through counsel, files this Status Report in accordance with this Court's September 14, 2023 Order. ECF 86.

The Maricopa County Superior Court has reopened Mr. Burns's post-conviction proceedings in accordance with the United States Supreme Court's decision in *Burns v. Arizona*, 143 S. Ct. 997 (2023).

The superior court held status conferences on October 11, November 16 and December 5, 2023. The court has scheduled the next status conference for

February 13, 2024.

The superior court granted Garrett Simpson's and Vikki Liles's motion to withdraw and appointed Amy Knight and James Wilson as Mr. Burns's counsel for the post-conviction proceedings. Ms. Knight and Mr. Wilson are aware of the unexhausted claims that Mr. Burns presented in his habeas corpus petition in this Court and have advised the superior court that they intend to move to amend the pending post-conviction petition to plead the unexhausted claims.

Dated: December 12, 2023

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jennifer Mann*
JENNIFER MANN
Assistant Federal Defender

*/s/ Cecilia Han*
CECILIA HAN
Assistant Federal Defender

Attorneys for Petitioner
JOHNATHAN IAN BURNS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2023, I electronically filed the foregoing Status Report with the Clerk's Office using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/*Lina Wang*
Assistant Paralegal
Capital Habeas Unit